In the Matter of the Accounting of CHARLES P. HIDDEN, as Committee of the Estate of HENRIETTA G. CATTA-PANI, an Incompetent Person, Appellant.

TITLE GUARANTEE AND TRUST COMPANY, as Administrator of the Estate of CARLO CATTAPANI, Deceased, et al., Respondents.

(Submitted January 17, 1927; decided January 25, 1927.)

Motions for reargument and to amend remittiturs denied, with ten dollars costs and necessary printing disbursements.   (See 243 N. Y. 499.)

---

ERNESTO FOGLINO & Co., INC., Appellant and Respondent, *v.* FRANK C. WEBSTER et al., Copartners under the Firm Name of KIDDER, PEABODY & Co., Respondents and Appellants.

Submitted January 17, 1927; decided January 25, 1927.)

Motion for reargument and to amend remittitur denied, with ten dollars costs and necessary printing disbursements.   (See 244 N. Y. 516.)

---

RAPID FIREPROOF DOOR Co., INC., Appellant, *v.* LARGO CORPORATION, Respondent, Impleaded with Another.

(Submitted January 17, 1927; decided January 25, 1927.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements..   (See 243 N. Y. 482.)

---

LITCHFIELD CONSTRUCTION COMPANY et al., Appellants, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted January 17, 1927; decided January 25, 1927.)

Motion to amend remittitur denied, without costs. (See 244 N. Y. 251.)